## **SPECIAL CONDITIONS OF RELEASE**

Re: Devon Nelson
No. 2:25-MJ-00016-CKD
Date: January 30, 2025

1. Your release from custody is delayed until Friday, January 31, 2025, at 9:00am, at which time you must report in person directly to the Pretrial Services Agency;

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing;

9. You must not associate or have any contact with codefendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

10. You must not associate or have any contact with any known gang members unless in the presence of counsel or otherwise approved in advance by the pretrial services officer

11. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

12. You must abstain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

13. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

14. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

15. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;

16. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

17. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.